# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **CARMEN RAQUEL BELTRAN-VELEZ, et al.,**<br>    **Plaintiff(s)**<br><br>    **v.**<br><br>**PROFESSIONAL LAB SERVICES, C.S.P, et al.,**<br>    **Defendant(s)** | **Civil No. 16-2137 (ADC)** |

## JUDGMENT

The Court, through the Honorable Aida M. Delgado-Colón, U.S. District Judge, issued an Order on December 12, 2018.

Therefore, pursuant to the Court's Order, Judgment is hereby entered accordingly.

The case is HEREBY DISMISSED WITH PREJUDICE as to defendants Hospital Hermanos Meléndez, Adria Griffith and Dr. Johanniesmagno Griffith.

The case is HEREBY DISMISSED WITHOUT PREJUDICE as to defendants Professional Lab Services, Arístides Leduc and the Conjugal Partnership Leduc-Rivera.

**IT IS SO ORDERED AND ADJUDGED**.

In San Juan, Puerto Rico, on this 12th day of December, 2018.

FRANCES RIOS DE MORAN
Clerk of the Court

By: S/Sarah V. Ramón
    Sarah V. Ramón, Deputy Clerk